UNTITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

LOUIS WEIN and MARY ANN WEIN,

                                        Debtors.

Chapter 7

Case No. 1-05-13769 (JBR)

### CONSENT ORDER AMENDING DECISION ON TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY AND APPLICATION FOR COMPENSATION

**WHEREAS**, the Court entered an Order (the "Order") denying the Trustee's Motion to Compromise a Controversy and for related relief including a request to the Administrative Judge of the New York State Court System to restore the personal injury action to the trial calendar (the "Request"); and

**WHEREAS**, the Successor Trustee and the Debtors have conferred and agreed to seek a delay of the Request until a revised demand for settlement has been considered by the defendant's insurance carrier, it is hereby

**ORDERED**, that the last decretal paragraph of the Order shall be deleted and the following shall be inserted in its place: "The Court further requests that the Successor Trustee seek restoration of the personal injury action to the trial calendar at such time which in her discretion is appropriate after consultation with the Debtors"; and it is further

{10592660:1}

**ORDERED,** that all other provisions of the Order shall remain in effect.

Dated: Brooklyn, New York
       October 5, 2010

                              **s/ Joel B. Rosenthal**
                              Hon. Joel B. Rosenthal
                              United States Bankruptcy Judge


                              Consented to:

                              /s/ Louis Wein
                              Louis Wein, Debtor

                              /s/ Mary Ann Wein
                              Mary Ann Wein, Debtor


/s/ Lori Lapin Jones
Lori Lapin Jones, Successor Trustee